## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

|  |  |
|---|---|
| MICHAEL STOLLENWERK and ANDREA DEGATICA, et al     Plaintiffs,  v.  TRI-WEST HEALTHCARE ALLIANCE,     Defendants. | **JUDGMENT IN A CIVIL CASE**  CV 03-185-PHX-SRB |

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having granted Defendant's Motion for Summary Judgment, this action is dismissed. Plaintiff shall take nothing.

 September 8th     2005        RICHARD H. WEARE
   Date                                      District Court Executive/Clerk

                                                               /S/  Kathleen Gerchar
                                                              (By) Deputy Clerk

cc: (all counsel)