# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Stollenwerk and Andrea de Gatica, husband and wife; Mark William Brandt,<br><br>Plaintiffs,<br><br>vs.<br><br>TriWest Healthcare Alliance,<br><br>Defendant. | No. CV-03-0185-PHX-SRB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED dismissing the above captioned matter with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 7th day of August, 2008.

_____
Susan R. Bolton
United States District Judge